TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00385-CV






Calvin E. Conway, Appellant


v.


Judith B. Conway, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT 

NO. 01-1854-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING





M EM O R A N D U M O P I N I O N


 Appellant Calvin E. Conway, appearing pro se, has filed a letter with this Court
stating, "I respectfully withdraw my appeal effective the above date." We will construe the
appellant's letter as a motion to dismiss his appeal. Accordingly, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1). 


__________________________________________

 Diane Henson, Justice

Before Chief Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 2, 2008